IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN CORTEZ,<br><br>Defendant. | Case No. 1:25-mj-00001-EPG<br><br>ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE |

IT IS HEREBY ORDERED that defendant Shawn Cortez (Fresno County Sheriff's JID #1466511, Booking #2427814) shall be released from the Fresno County Jail on Monday, February 10, 2025, at 8:30 a.m. to Kevin Mitchel, a representative from the Federal Defender's Office. Thereafter, Mr. Cortez shall be immediately and directly transported to the Pretrial Services Office located at 2500 Tulare Street, Fresno, California 93721, to meet with a Pretrial Services Officer for intake. Following intake at the Pretrial Services Office, Mr. Cortez shall be immediately and directly transported to the Teen Challenge Reedley residential rehabilitation program, located at 42675 Rd 44, Reedley, CA 93654, for intake and admission into their program.

IT IS SO ORDERED.

Dated: **February 7, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE