HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SHAWN CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-mj-00001-EPG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| vs. | Date:  February 25, 2025 |
| SHAWN CORTEZ, | Time:  2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Shawn Cortez, that the Court may continue the preliminary examination currently scheduled for February 13, 2025, at 2:00 p.m. to February 25, 2025, at 2:00 p.m.

Mr. Cortez made his initial appearance on the Criminal Complaint on January 30, 2025. *See* Dkt. #4. At that time, a preliminary hearing was set for February 13, 2025, at 2:00 p.m. *See* Dkt. #4. Following a detention hearing held on February 6, 2025, Mr. Cortez was released from custody on February 10, 2025, and transported to the Teen Challenge Reedley program. Representatives at the Teen Challenge Reedley program have indicated that Mr. Cortez will be on an initial ten-day blackout period at the program. Accordingly, the parties are requesting that

1  the preliminary hearing currently scheduled for February 13, 2025, be continued to February 25,
2  2025, so that Mr. Cortez may be transported from the Teen Challenge Reedley program to court.
3  Pursuant to Federal Rule of Criminal Procedure 5.1, Mr. Cortez consents to hold the preliminary
4  examination outside of the time set forth in the federal rules and the parties agree that good cause
5  exists to do so in this case.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 11, 2025

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SHAWN CORTEZ

## O R D E R

**IT IS HEREBY ORDERED** that the preliminary hearing set for February 13, 2025, at 2:00 p.m. is continued to February 25, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 2/11/2025

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE